In the Matter of the Probate of the Will of EMMA B. JOHNSON, Deceased. NORMA D. OWEN et al.; NORMAN W. ROE et al.— Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Probate of the Will of EMMA B. JOHNSON, Deceased. NORMA D. OWEN et al.; NORMAN W. ROE et al.— Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of the Accounting of BANK OF NEW YORK, as Trustee under the Will of CLEVELAND H. DODGE, Deceased. JOSEPH V. MCKEE, as Special Guardian for JOHN REA et al., Infants.— Present — Martin, P. J., Townley, Untermyer, Dore and Cohn, JJ.

PRESIDENT AND DIRECTORS OF MANHATTAN COMPANY v. LOUIS FRIEDMAN REALTY CO., INC., et al.— Present — Martin, P. J., Townley, Untermyer, Dore and Callahan, JJ.

GRAYBAR ELECTRIC COMPANY, INC., v. NEW AMSTERDAM CASUALTY COMPANY.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

CHAS. LINDNER & MARCHESI, INC., v. JOSEPH GLUCK.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of BELMONT PAPER BOX CO., INC., v. JOHN STEPHEN.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

In the Matter of BELMONT PAPER BOX CO., INC., v. JOHN STEPHEN.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

TRINITY OPERATING COMPANY, INC., v. INDEMNITY INSURANCE COMPANY OF NORTH AMERICA.— Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

HENRY F. GEARNS v. COMMERCIAL CABLE COMPANY.— Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

MICHAEL MARTOCCI et al. v. JOHN MARTOCCI et al.— Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

SANFORD ALPER et al. v. GREATER NEW YORK BROADCASTING CORPORATION.— Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

CELIA MORRIS, Individually and as a Stockholder of MORTON COAL CO., INC., v. MORTON WORMSER et al.— Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

JOSEPH B. GREENHUT et al. v. REALTY ASSOCIATES SECURITIES CORPORATION.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.